**Samuel David QUINN, Plaintiff–Appellant,**

v.

**Commonwealth of VIRGINIA; Attorney General of Virginia, Defendants–Appellees.**

No. 02–7155.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 21, 2002.

Samuel David Quinn, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Samuel David Quinn appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Quinn v. Virginia,* No. CA–02–840–2 (W.D.Va. July 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*